IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 14-50-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| GILBERT JOSEPH DONEY TORRES, SR., | |
| Defendant. | |

On August 23, 2022, Defendant Torres moved the Court for a second time to reduce the sentence under 18 U.S.C. § 3582(c)(1)(A). *See* Mot. for Release (Doc. 63). On August 24, the Court issued a scheduling order, appointed counsel, and required the filing of an amended motion within 60 days. *See* Order (Doc. 64).

On October 18, 2022, counsel filed notice that Mr. Torres passed away on October 13, 2022. The Court extends its condolences to Mr. Torres's friends and family.

1

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 63) is DISMISSED AS MOOT.

DATED this 19th day of October, 2022.

Susan P. Watters
United States District Court